■ In the Matter of 1750 CASES OF LIQUOR et al. SAINT REGIS MOHAWK TRIBE, Appellant; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, Respondent. [648 NYS2d 390] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Buckley, J. (Appeal from Order of Supreme Court, Oneida County, Buckley, J.—Tax Law.) Present—Denman, P. J., Pine, Fallon, Doerr and Balio, JJ. [*See,* 166 Misc 2d 739.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE D. NAVARRO, Appellant. [648 NYS2d 385] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Sexual Abuse, 1st Degree.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE G. HOWARD, III, Appellant. [648 NYS2d 374] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Sirkin, J.—Assault, 2nd Degree.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORNELIUS JENKINS, Appellant. [648 NYS2d 374] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Erie County Court, McCarthy, J.—Assault, 3rd Degree.) Present—Green, J. P., Lawton, Wesley, Callahan and Boehm, JJ.